UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
BRIAN FISCHLER, individually and on behalf of all other persons similarly situated,

                            Plaintiff,

-against-

NUM PANG HOLDINGS LLC, NUM PANG MANAGEMENT, LLC, AND NUM PANG RESTAURANTS, LLC,

                            Defendants.
------------------------------------------------------------------- x

Case No.: 18 Civ. 1683 (CM)

**DEFENDANTS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Num Pang Holdings LLC, Num Pang Management, LLC and Num Pang Restaurants, LLC, which are a private non-governmental parties, by and through their attorneys, hereby identify their parent corporations and any publicly held corporation owning 10% or more of their stock as follows:

- Num Pang Restaurants, LLC, is the sole parent corporation of Num Pang Management, LLC and Num Pang Restaurants, LLC, and there is no publicly held corporation that owns 10% or more of Millesima USA, LLC's stock.

Dated:   New York, New York
            April 27, 2018

                            **TANNENBAUM HELPERN**
                            **SYRACUSE & HIRSCHTRITT LLP**

                            /s/  *Joseph D. Lockinger*_____
                            By:  Andrew W. Singer
                                 Joseph D. Lockinger
                            900 Third Avenue
                            New York, NY 10022
                            Telephone:  (212) 508-6700
                            singer@thsh.com
                            lockinger@thsh.com
                            *Attorneys for Defendants*

To:   LIPSKY LOWE LLP
       Christopher H. Lowe
       Douglas B. Lipsky
       630 Third Avenue Fifth Floor
       New York, NY 10017
       Tel:  (212) 392-4772
       chris@lipskylowe.com
       doug@lipskylowe.com
       *Attorneys for Plaintiff*