UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRIAN FISCHLER, Individually and on behalf of all other persons similarly situated,

    Plaintiff,

v.

NUM PANG HOLDINGS LLC, NUM PANG MANAGEMENT, LLC AND NUM PANG RESTAURANTS, LLC,

    Defendants.

ECF CASE

No.: 1:18-cv-1683 (CM)

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendants, under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this action with prejudice, resolving all matters in dispute having been made and each party to bear their own fees and costs.

Dated: September 18 2018
New York, New York

_____
Douglas B. Lipsky
LIPSKY LOWE LLP
630 Third Avenue, Fifth Floor
New York, NY 10017-6705
doug@lipskylowe.com
212.392.4772
*Attorneys for Plaintiff Fischler*

Dated: September 18 2018
New York, New York

_____
Andrew W. Singer
TANNENBAUM HELPERN SYRACUSE
& HIRSCHTRITT LLP
900 Third Avenue
New York, New York 10022
212.508.6723
singer@thsh.com
*Attorneys for Defendants*